SARAH E. ROBERTSON #142439
MARK A. DELGADO #215618
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Ms. Robertson's email: srobertson@fablaw.com
Mr. Delgado's email: mdelgado@fablaw.com

Attorneys for Defendant
EL CAMINO HOSPITAL

ERIC C. KASTNER #53858
SYDNEY L. HOWELL #197536
BANCHERO | KASTNER LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Kastner's email: Email: EKH@KastnerBanchero.com
Ms. Howell's Email: SLH@KastnerBanchero.com

Attorneys for Plaintiff
MARY BETH CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| MARY BETH CHU, | Case No.: C-05-4854 PVT |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| vs. | |
| EL CAMINO HOSPITAL, | |
| Defendant. | |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5(a), Plaintiff Mary Beth Chu ("Plaintiff" or "Chu") and Defendant El Camino Hospital ("Defendant" or "ECH") (collectively referred to as the "Parties"), by and through their respective counsel, have met and conferred regarding ADR and have reached the following stipulation:

1. The Parties agree to participate in mediation (ADR L.R. 6) through the Court's mediation process.

1

STIPULATION AND ORDER SELECTING ADR PROCESS / CASE NO.: C-05-4854 PVT
4/10/06 (23124) #241576.1

2. The Parties agree to participate in the mediation no later than July 31, 2006.

Dated: April 10, 2006

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Mark A. Delgado
Attorneys for Defendant
EL CAMINO HOSPITAL

Dated: April 10, 2006

KASTNER | BANCHERO LLP

By _____
Sydney L. Howell
Attorneys for Plaintiff
MARY BETH CHU

## [PROPOSED] ORDER SELECTING ADR PROCESS

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation through the Court's mediation process. The deadline by which the Parties must participate in mediation is July 31, 2006.

IT IS SO ORDERED.

Dated: 4/11/06

_Patricia V. Trumbull_
UNITED STATES MAGISTRATE JUDGE

---

3

STIPULATION AND ORDER SELECTING ADR PROCESS / CASE NO.: C-05-4854 PVT
4/10/06 (23124) #241576.1