```
1  SARAH E. ROBERTSON #142439
   MARK A. DELGADO #215618
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Ms. Robertson's Email: srobertson@fablaw.com
5  Mr. Delgado's Email: mdelgado@fablaw.com

6  Attorneys for Defendant
   EL CAMINO HOSPITAL
7
   ERIC C. KASTNER #53858
8  SYDNEY L. HOWELL #197536
   BANCHERO | KASTNER LLP
9  20 California Street, 7th Floor
   San Francisco, California  94111
10 Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
11 Mr. Kastner's: Email: EKH@KastnerBanchero.com
   Ms. Howell's Email: SLH@KastnerBanchero.com
12
   Attorneys for Plaintiff
13 MARY BETH CHU

14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MARY BETH CHU,<br><br>    Plaintiff,<br><br>    vs.<br><br>EL CAMINO HOSPITAL,<br><br>    Defendant. | Case No.: C-05-4854 MMC<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE AND ORDER** |

WHEREAS, the parties to this action have been advised by Jean Hyams, the mediator who was appointed to mediate this action as part of the Court's mediation program, that she has no available mediation dates prior to August 2006; and

WHEREAS, the parties have agreed to conduct the mediation with Ms. Hyams on August 9, 2006;

1  THEREFORE, the parties stipulate to respectfully request that the Court continue the
2  deadline to complete mediation to August 9, 2006.
3  SO STIPULATED.

4  Dated: June 29, 2006              KASTNER | BANCHERO LLP

6                                    By  /s/ Sydney L. Howell
                                        Sydney L. Howell, Esq.
                                        Attorney for Plaintiff
7                                       MARY BETH CHU

8  Dated: June 29, 2006              FITZGERALD ABBOTT & BEARDSLEY LLP

10                                   By  /s/ Mark A. Delgado
                                        Mark A. Delgado
11                                      Attorneys for Defendant
                                        EL CAMINO HOSPITAL

**ORDER**

The Court, having considered the Stipulation between the parties, hereby continues the deadline to complete mediation to August 9, 2006.

IT IS SO ORDERED.

Dated: July 5, 2006

_____
MAXINE M. CHESNEY
United States District Judge